(A.R.D. 149)

INTERNATIONAL SEAWAY TRADING CORP. *v.* UNITED STATES

Entry No. 759497, etc.

Second Division, Appellate Term

(Decided August 14, 1962)

*Sharretts, Paley & Carter* for the appellant.
*Joseph D. Guilfoyle,* Acting Assistant Attorney General, for the appellee.

Before LAWRENCE, RAO, and FORD, Judges

LAWRENCE, Judge: This application for review of Reappraisement Decision 10186 (48 Cust. Ct. 575), initial No. R59/18513, which covered the appeals for a reappraisement enumerated in the schedule, attached to and made part of this decision, having been formally abandoned, is dismissed.

Judgment will be entered accordingly.